IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREN DUTTERER,<br><br>                     Plaintiff,<br><br>vs.<br><br>THOMAS KALPERIS INTERNATIONAL, INC.,<br><br>                     Defendant. | CIVIL ACTION NO. 10-CV-6889(MMB) |

**ORDER**

AND NOW, this 4th day of February, 2010, having considered Defendant Thomas Kalperis International, Inc.'s Motion to Dismiss Plaintiff's Complaint for failure to state a claim (Doc. 5) and Plaintiff Darren Dutterer's Response in Opposition thereto (Doc. __), said Motion is DENIED.

BY THE COURT:

_____ J.